**Order entered April 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00099-CV

**WILLIAM DREXEL AND SANDY DREXEL, Appellants**

**V.**

**TOLL BROTHERS, INC. AND TOLL DALLAS TX LLC, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03255-2012**

## ORDER

Before the Court is court reporter Janet L. Dugger's request for extension of time to file record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than May 21, 2018. We caution Ms. Dugger that further extension requests will be disfavored.

/s/      DAVID EVANS
JUSTICE